IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 MAR 15 P 2: 47

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| LEON EUGENE SMALL, III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 107-008 |
| ) | |
| DAVID L. FRAZIER, Warden, and ) | |
| ATTORNEY GENERAL OF THE STATE ) | |
| OF GEORGIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, a final judgment shall be **ENTERED** in favor of both Respondents, and this civil action shall be **CLOSED**.

SO ORDERED this 15 day of March, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE